**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHANDRA LYONS,**                                                                **PLAINTIFF**
**ADC #704518**

**v.**                     **Case No. 1:15-cv-00049-KGB-JTK**

**C. ASHLEY, et al.**                                                                **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). There have been no objections, and the time for filing objections has passed. After a review of the Proposed Findings and Recommendations, the Court adopts them in their entirety. Accordingly, it is therefore ordered that plaintiff's complaint is dismissed without prejudice for failure to prosecute. An appropriate Judgment shall accompany this Order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

SO ORDERED this the 4th day of June, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE